ATLANTIC, G. & P. CO. v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 21, 1901.) No. 645. In Error to the District Court of the United States for the Northern District of California. R. Percy Wright, for plaintiff in error. Marshall B. Woodworth, Asst. U. S. Atty. Upon motion of counsel for plaintiff in error, counsel for United States consenting, cause dismissed, without prejudice to any right of plaintiff in error to sue out writ of error to the supreme court of the United States.

---

CANADIAN PAC. NAV. CO. v. GIBSON. (Circuit Court of Appeals. Ninth Circuit. May 13, 1901.) No. 689. In Error to the District Court of the United States for the District of Alaska. W. E. Crews and R. W. Jennings, for plaintiff in error. Cause dismissed under rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.) for failure to print record, and under rule 24 (31 C. C. A. clxiv., 90 Fed. clxiv.) for failure to file brief.

---

CARSON et al. v. STEELE et al. (Circuit Court of Appeals, Fifth Circuit. May 21, 1901.) No. 1,042. Appeal from the District Court of the United States for the Eastern District of Texas. J. C. Hutcheson and J. C. Hutcheson, Jr., for appellant. F. Charles Hume, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Without adopting all the conclusions of law found by the district judge, we concur in the result reached by him, and the decree appealed from is therefore affirmed.

---

DICKERSON v. UNITED STATES. (Circuit Court of Appeals, Fourth Circuit. May 18, 1901.) No. 337. In Error to the District Court of the United States for the Western District of North Carolina. Charles A. Moore and Joseph S. Adams (Tucker & Murphy and Pritchard & Rollins, on the brief), for plaintiff in error. William P. Bynum, Jr., Sp. U. S. Atty. (A. E. Holton, U. S. Atty., and Spencer Blackburn, Asst. U. S. Atty., on the brief). Before GOFF and SIMONTON, Circuit Judges, and BRAWLEY, District Judge.

PER CURIAM. Considering the arguments made in this cause upon the various assignments of error presented by the plaintiff in error, defendant below, we are of opinion that a new trial should be granted. The case is remanded to the district court, with instructions to grant a new trial.

---

THE ENTERPRISE. (Circuit Court of Appeals, Ninth Circuit. 1901.) No. 652. Appeal from the District Court of the United States for the Territory of Hawaii. T. McCants Stewart and H. W. Hutton, for appellants. Appeal dismissed for failure to print record under rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.).